IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:08CV387

| | |
|---|---|
| GILBERT H. AMIS, III, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| JANET NAPOLITANO, Secretary, United States Department of Homeland Security | ) ) ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE
Rule 41(a)(1), Fed. Rules Civ. Pro.

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, all parties to this action, by and through their undersigned counsel, herewith stipulate to the dismissal of this action with prejudice, with each party paying its own costs and attorney's fees.

Gilbert H. Amis, III
Plaintiff

Humphrey S. Cummings
Attorney for the Plaintiff
N.C. State Bar No. 7677
1230 West Morehead Street, Suite 404
Charlotte, NC 28208-5210
704-376-2853
cummingslawfirm@aol.com

Janet Napolitano, Secretary of the United States Department of Homeland Security
by and through

EDWARD R. RYAN
Acting United States Attorney
Western District of North Carolina
by

Paul B. Taylor
Assistant United States Attorney
Civil Chief
N.C. State Bar No. 10067
U.S. Courthouse, Room 233
100 Otis Street
Asheville, NC 28801
828-271-4661
paul.taylor@usdoj.gov